CENTRAL GREYHOUND LINES, INC., OF NEW YORK, Appellant, *v.* CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.

Reargued January 12, 1949; decided February 24, 1949.

*Tracy H. Ferguson* for appellant.

*Nathaniel L. Goldstein*, Attorney-General (*John C. Crary, Jr.*, *Wendell P. Brown* and *Irving I. Waxman* of counsel), for respondents.

Upon reargument: Order of Appellate Division and determination of State Tax Commission modified by annulling the determination of the State Tax Commission to the extent of 42.53% of the tax involved and, as so modified, affirmed, with costs in this court and in the Appellate Division. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.